UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-7155-MWF(PDx)** | Date: November 08, 2024 |
| Title | *Mack Financial Services v. Blue Atlantic Partners LLC, et al.* | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on August 23, 2024 (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on November 21, 2024. On August 27, 2024, Plaintiff filed a document Proof of Service by First Class Mail (the "POS"). (Docket No. 9). However, Plaintiff did not request issuance of the Summons until September 23, 2024, and that Summons was issued on September 24, 2024. (Docket Nos. 10 and 11).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **NOVEMBER 22, 2024**.

- By Plaintiff: Proof of Service of the Summons and Complaint. The POS filed by Plaintiff may not comply with the requirements of Federal Rule of Civil Procedure 4(d).

    AND/OR

- By Defendant: Response to the Complaint. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 24-7155-MWF(PDx)**                                    Date:  November 08, 2024

Title            ***Mack Financial Services v. Blue Atlantic Partners LLC, et al.***

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **November 22, 2024,** will result in the dismissal of this action.

    IT IS SO ORDERED.